UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ABRY L. WHITE | CIVIL ACTION |
| VERSUS | NUMBER: 17-11085 |
| SPECIAL AGENT ANDREW ANDERSON, FBI OF NEW ORLEANS | SECTION: "S"(5) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that Plaintiff's suit is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 12th day of December, 2017.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE